# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-11355
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 21, 2017

Lyle W. Cayce
Clerk

TRENT TAYLOR,

　　　　　　　　　　　　　　　Plaintiff-Appellant

v.

ROBERT STEVENS, Warden, Individually and in their official capacity; ROBERT RIOJAS, Sergeant of Corrections Officer, Individually and in their official capacity; RICARDO CORTEZ, Sergeant of Corrections Officer, Individually and in their official capacity; STEPHEN HUNTER, Correctional Officer, Individually and in their official capacity; LARRY DAVIDSON, Correctional Officer, Individually and in their official capacity; CREASTOR HENDERSON, L.V.N., Individually and in their official capacity; STEPHANIE ORR, L.V.N., Individually and in their official capacity, et al.,

　　　　　　　　　　　　　　　Defendants-Appellees

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:14-CV-149

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM:[*]

　　　Trent Taylor, Texas prisoner # 1691384, has appealed the district court's interlocutory order denying his motion for appointment of counsel. We will not

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

overturn a district court's decision regarding appointment of counsel unless the appellant shows a "clear abuse of discretion." *Cupit v. Jones*, 835 F.2d 82, 86 (5th Cir. 1987). Because this case does not present exceptional circumstances requiring appointment of counsel, Taylor has failed to make such a showing. *See Ulmer v. Chancellor*, 691 F.2d 209, 212 (5th Cir. 1982). The district court's order is AFFIRMED.